**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00514-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEFFREY R. FARMER,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 13) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for January 29, 2010 and the two-day jury trial set to commence on February 8, 2010 are VACATED.

IT IS FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than January 25, 2010 to set this matter for a Change of Plea Hearing.

DATED:  January   19  , 2010

                                                      BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge